FILED BY _____ BC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

SIXTO R. SIGLER,

Case No. 09-36202-BKC-LMI
Chapter 7

Debtor.
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )    The trustee has a balance of $_____ remaining in the trustee's account which represents un-presented checks drawn and mailed to entities pursuant to the final distribution under §§726, 1226 or 1326 of Title 11 in a case under Chapter 7, 12 or 13 of Title 11. The trustee has made a good faith effort to verify the correct mailing addresse(s) for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )    The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

(X)    The trustee has $590.00 in the estate's account which represents an un-presented check drawn and mailed to the Debtor representing the Debtor's claimed exemption in property liquidated for the benefit of the creditors of this estate. The trustee has made a good faith effort to verify the correct mailing address for Debtor and deliver the funds before presenting this notice. More than sufficient time has passed for this check to be presented for payment.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Respectfully submitted this 28th day of September, 2011.

Barry E. Mukamal, Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served as listed below on this 28th day of September, 2011.

**SERVED VIA US MAIL**

Sixto R. Sigler
4361 NW 192 St
Miami Gardens, FL 33055

**SERVED ELECTRONICALLY**

USTPRegion21.MM.ECF@usdoj.gov
Assistant US Trustee

Stan Riskin,
stan.riskin@gmail.com, davsav@gmail.com;
Notices4ECF@gmail.com; sgoldstein@slriskinlaw.com

*Karen G. McGill* (signature)

Karen G. McGill for
Barry E. Mukamal, Trustee
1 S.E. Third Avenue, Box 158
Miami, FL  33131
Telephone:   (305) 995-9798


### SIGLER, SIXTO R
### Case No. 09-36202-BKC-LMI
### UNCLAIMED FUNDS

| CLAIM NO | CLAIMANT | AMOUNT |
|---|---|---|
| | Sixto R. Sigler<br>4361 NW 192 Street<br>Miami Gardens, FL 33055 | $ 590.00 |
| | | |
| | | |
| | | |